Billy Joe CAMPBELL *v.* STATE of Arkansas

CR 94-514                                                877 S.W.2d 912

Supreme Court of Arkansas
Opinion delivered June 6, 1994

*John Clinton Goodson*, for appellant.

No response.

PER CURIAM. We treat this motion for rule on the clerk as a motion for a belated appeal. Appellant filed his notice of appeal on January 21, 1994, whereas the judgment was not entered until February 3, 1994. Under our rules the notice of appeal was of no effect. Ark. R. App. P. 4; *Kelly v. Kelly*, 310 Ark. 244, 835 S.W.2d 249 (1991).

We grant the motion for a belated appeal and direct that a copy of this opinion be forwarded to the Committee on Professional Conduct.